**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LEAUX X. HARP | * | |
| Plaintiff | * | |
| VS. | * | NO: 4:07CV00631   SWW |
| (DOES 1 - 666) ANY AGENCIES OR DEPARTMENTS OF GOVERNMENT IN CHARGE OF SIGNS ON 5TH & 6TH OF LITTLE ROCK, ARKANSAS | * | |
| Defendants | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 18TH DAY OF JULY, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE